```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Weimer Valencia Campaz

    v.                                              Case No. 23-cv-556-LM-TSM

FCI Berlin, Warden


## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 22, 2024, dismissing this case, without prejudice, for failure to prosecute. In addition, the motion to dismiss (document 5) is denied as moot. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                        _____
                                                        Landya B. McCafferty
                                                        United States District Judge

Date: September 10, 2024

cc: Weimer Valencia Campaz, pro se
    Raphael Katz, Esq.